FILED

AUG 2 0 2008

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

STACY MATHEWS, )
)
        Plaintiff, )
)
v. ) Case No. 06-CV-391-GKF-PJC
)
STATE OF OKLAHOMA OFFICE OF )
JUVENILE AFFAIRS, a/k/a L.E. RADER )
CENTER, )
)
        Defendant. )

### VERDICT FORM FOR DEFENDANT

We, the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, find in favor of the defendant the Oklahoma Office of Juvenile Affairs.

DATED this 20th day of August 2008

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACY MATHEWS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE OF OKLAHOMA OFFICE OF )<br>JUVENILE AFFAIRS, a/k/a L.E. RADER )<br>CENTER, )<br>)<br>Defendant. ) | Case No. 06-CV-391-GKF-PJC |

**VERDICT FORM FOR PLAINTIFF**

We, the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, find in favor of the plaintiff, Stacy Mathews, and fix the dollar amount of damages against defendant the Oklahoma Office of Juvenile Affairs in the amount of $_____ Dollar(s).

_____
Jury Foreperson


       DATED this _____ day of August 2008