**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STACY MATHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-391-GKF-PJC |
| ) | |
| STATE OF OKLAHOMA OFFICE OF ) | |
| JUVENILE AFFAIRS, a/k/a L.E. RADER ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action was tried by a jury with Judge Gregory K. Frizzell presiding, and the jury has rendered a verdict.

It is ordered that the plaintiff Stacy Mathews recover nothing, and the action be dismissed on the merits.

ENTERED this 26th day of November, 2008.

_____
Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma